# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Walter Steltz and Lisa Steltz <br> Debtor(s) | BKY. NO. 14-00130 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2354

                                              Respectfully submitted,

                                              **/s/ Thomas Puleo**
                                              Thomas Puleo, Esquire
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant