IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Walter Steltz                            :       NATURE OF PROCEEDINGS

                                                      MOTION TO INCUR NEW DEBT

---

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection/response on or before June 26, 2017, If you object to the motion, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated. If an objection is filed, a hearing will be held at Max Rosenn Courthouse, 197 So. Main St., Wilkes - Barre, Pa. 18702.

---

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court | Clerk of the Bankruptcy Court |
| 274 Max Rosenn U.S. Courthouse | Terrence Miller |
| 197 South Main St. | |
| Wilkes-Barre, Pa. 18701 | |
| (570) 831-2500 | |

Hours Open: Monday - Friday 9:00 a.m. - 4:00 p.m.    Date: May 30, 2017

Certificate of Service

      I, Carol W. Baltimore, do hereby swear that I have mailed a true and correct copy of the Motion to Incur New Debt along    with a notice of opportunity to object, and a hearing date , by first class mail, to the people listed    on the attached matrix :

Dated: June 12, 2017                                     Law Office of Carol Baltimore
                                                                                    By

/s/ Carol Baltimore,
480 Pierce St., Ste 105
Kingston, Pa. 18704
(570) 283-1626

LISA STELTZ
6000 NUANGOLA RD
MOUNTAINTOP, PA 18707

CAROL W. BALTIMORE
LAW OFFICE OF CAROL W. BALTIMORE
480 PIERCE ST.
STE. 105
KINGSTON, PA 18704

A.E.S
1200 N. 7TH ST
HARRISBURG, PA 17102-1419


BANK OF AMERICA HOME LOANS
C/O ZUCKER AND GOLDBERG
200 SHEFFIELD ST, STE 101
MOUNTAINSIDE, NJ 07092


- BERMAN AND RABIN
15280 METCALF AVE
OVERLAND, KS 66223


PHEAA
PO BOX 8147
HARRISBURG, PA 17105


RESURGENT CAPITAL
PO BOX 10587
GREENVILLE, SC 29603-5884