IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                                 CHAPTER 13
WALTER STELTZ
LISA STE

Case No. 5-14-0013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

:   NATURE OF PROCEEDING:
:   Motion to Incur New Debt

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION TO INCUR NEW DEBT

AND NOW, , upon review and consideration of the Motion Incur New Debt filed by the Debtor(s), it is ORDERED:

that the Debtor(s) Motion to Incur New Debt is hereby GRANTED;

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Walter Steltz :
    Lisa Steltz :NO. 5-14-00130
        DEBTOR(S) :
: NATURE OF PROCEEDING:
: MOTION TO INCUR NEW DEBT

COMES NOW, the Debtor(s),Walter and lisa Steltz, by and through their attorney, Carol W. Baltimore, and prays the court for an order allowing the debtors to Incur new debt, on the following grounds:

1. The Movant(s) ARE the Debtors Walter and Lisa Steltz.

2. The debtor, Walter Steltz, would like to purchase a 2016 XLT Crew Cab F150 with 13,000 Miles on it, for the price of $22,243.00.

3. The debtor's present vehicle has a trade in value of $9,000 ; therefore the debtor will Be financing $ 13,243.00 payable over 5 years.

4. The Debtor is in a position to afford the monthly payments on the vehicle.

WHEREFORE, the Debtor(s) prays the court for an order granting the Motion to Incur New debt.

Respectfully submitted,
LAW OFFICES OF CAROL W. BALTIMORE

BY:
__/s/_____

CAROL W. BALTIMORE
    Counsel for Debtors/Movants
480 Pierce St., Ste 105
Kingston, Pa. 18704
(570) 283-1626

Dated : 7/12/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA