IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

                        CHAPTER 13

Walter Steltz
Lisa Steltz                     :    No. 5-14-00130

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

## CERTIFICATE OF MAILING

I, CAROL W. BALTIMORE, counsel for the above-captioned Debtor(s), do hereby certify that I have mailed a true and correct copy of the Debtor's Motion to Incur New Debt 13 along with a Notice setting an Objection and Hearing date, by first class mail, postage pre-paid and by email, on the date listed below, to the people listed on the attached mailing matrix.

                                    LAW OFFICE OF CAROL BALTIMORE

                                      BY :Carol W. Baltimore, Esq.
                                      480 Pierce St., Ste 105
                                      Kingston, Pa. 18704
7/12/2017                              (570) 283-1626

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Lisa Steltz
Walter Steltz                                    :    NATURE OF PROCEEDINGS

                                                      MOTION TO INCUR NEW DEBT

---

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection/response on or before July 24, 2017   If you object to the motion, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated. If an objection is filed, a hearing will be held on August 10 at 9.30 a.m. at Max Rosenn Courthouse, 197 So. Main St., Wilkes - Barre, Pa. 18702.

---

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court | Clerk of the Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Terrence Miller |
| 197 South Main St. | |
| Wilkes-Barre, Pa. 18701 | |
| (570) 831-2500 | |

Hours Open: Monday - Friday 9:00 a.m. - 4:00 p.m.    Date: July 12, 2017

Certificate of Service

I, Carol W. Baltimore, do hereby swear that I have mailed a true and correct copy of the Motion to Incur New Debt,   along with a notice of opportunity to object, by

MOUNTAINTOP, PA 18707

CAROL W. BALTIMORE
LAW OFFICE OF CAROL W. BALTIMORE
480 PIERCE ST.
STE. 105
KINGSTON, PA 18704

A.E.S
1200 N. 7TH ST
HARRISBURG, PA 17102-1419

BANK OF AMERICA HOME LOANS
C/O ZUCKER AND GOLDBERG
200 SHEFFIELD ST, STE 101
MOUNTAINSIDE, NJ 07092

BERMAN AND RABIN
15280 METCALF AVE
OVERLAND, KS 66223

PHEAA
PO BOX 8147
HARRISBURG, PA 17105

RESURGENT CAPITAL
PO BOX 10587
GREENVILLE, SC 29603-5884