IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Lisa Steltz
    Walter Steltz                         :     NATURE OF PROCEEDINGS

                                              MOTION TO INCUR NEW DEBT

---

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection/response on or before July 26, 2017   If you object to the motion, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated. If an objection is filed, a hearing will be held on August 10 at 9.30 a.m. at Max Rosenn Courthouse, 197 So. Main St., Wilkes - Barre, Pa. 18702.

---

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court | Clerk of the Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Terrence Miller |
| 197 South Main St. | |
| Wilkes-Barre, Pa. 18701 | |
| (570) 831-2500 | |

Hours Open: Monday - Friday 9:00 a.m. - 4:00 p.m.   Date: July 25, 2017

Certificate of Service

    I, Carol W. Baltimore, do hereby swear that I have mailed a true and correct copy of the Motion to Incur New Debt,   along with a notice of opportunity to object, by

6000 NUANGOLA RD
MOUNTAINTOP, PA 18707

CAROL W. BALTIMORE
LAW OFFICE OF CAROL W. BALTIMORE
480 PIERCE ST.
STE. 105
KINGSTON, PA 18704

A.E.S
1200 N. 7TH ST
HARRISBURG, PA 17102-1419


BANK OF AMERICA HOME LOANS
C/O ZUCKER AND GOLDBERG
200 SHEFFIELD ST, STE 101
MOUNTAINSIDE, NJ 07092


BERMAN AND RABIN
15280 METCALF AVE
OVERLAND, KS 66223


PHEAA
PO BOX 8147
HARRISBURG, PA 17105


RESURGENT CAPITAL
PO BOX 10587
GREENVILLE, SC 29603-5884