IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | CHAPTER 13 |
| Walter Steltz | * | |
| Lisa Steltz | * | NO.   5-14-00130 |
|     DEBTORS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO Continue Hearing

1. The Debtors have a hearing on a Motion to Incur New Debt, scheduled for August 10, 2017.

2. The debtors would like to continue this hearing, as debtor has been called into work for An emergency that he can not miss at work

   WHEREFORE, the debtors would like this hearing continued.

/s/ Walter Steltz         /s/ Lisa Steltz
_/_____   __/_____

                                                         _____
                                                    **Carol W. Baltimore, Esq.**
                                                       **Attorney for Debtor**

**Dated:    4/7/2016**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN  RE: * **CHAPTER 13**
**Walter Steltz** * **5-14-00139**
**Lisa Steltz** *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

AND NOW, on this _____ day of _____, 2017, it is hereby ORDERED :

that the Motion to Continue hearing    is GRANTED.