```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 14-00130-RNO
Walter Steltz                                                   Chapter 13
Lisa Steltz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor           Page 1 of 1           Date Rcvd: Jun 13, 2019
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db/jdb         +Walter Steltz,   Lisa Steltz,   6000 Nuangola Rd,   Mountaintop, PA 18707-9687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN
               MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11 ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Carol Weiss Baltimore    on behalf of Debtor 2 Lisa  Steltz bandicot6@aol.com
              Carol Weiss Baltimore    on behalf of Debtor 1 Walter  Steltz bandicot6@aol.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF
               FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF
               FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11
               kab@jsdc.com,  jnr@jsdc.com
              Thomas I Puleo    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF
               FIRST FRANKLIN MORTGAGE LOAN TRUST 2004-FF11, ASSET-BACKED CERTIFICATES, SERIES 2004-FF11
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Walter Steltz,
**Debtor 1**

Lisa Steltz,
**Debtor 2**

Chapter 13

Case No. 5:14−bk−00130−RNO

Social Security No.:
xxx−xx−1080    xxx−xx−4833

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 13, 2019

By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

**fnldec** (05/18)